UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

vs.

ABIE MOSKOWITZ :

CR. NO. 06-122 (DMC)

ORDER EXTENDING TIME FOR
VOLUNTARY SURRENDER

Abie Moskowitz by his attorney Paul B. Brickfield, Esq. of Brickfield & Donahue having moved this Court for an order extending the time for voluntary surrender to the Federal Correctional Institution at Cumberland SCP in Cumberland, Maryland from Tuesday, May 13, 2008 to Tuesday May 27, 2008 and the U.S. Attorney's Office by Assistant United States Attorney Deborah Gannett having consented to this request and for good and sufficient cause shown, it is hereby ordered this __12th__ day of May 2008 that Abie Moskowitz is to report at the Federal Correctional Institution at Cumberland SCP in Cumberland, Maryland on or before noon on Tuesday, May 27, 2008 to commence service of his sentence.

_____
Honorable Dennis M. Cavanaugh