UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :

                                        :        CR. NO. 06-122 (DMC)

vs.  :

                                          :        ORDER AMENDING
                                          :        PRESENTENCE REPORT

ABIE MOSKOWITZ  :

 

Abie Moskowitz by his attorney, Paul B. Brickfield, Esq., of Brickfield & Donahue having moved this Court for an order amending the presentence report to include certain psychological evaluations of Abie Moskowitz and the United States Attorney's Office by Deborah Gannett having been advised of this request and for good and sufficient cause shown, it is hereby ordered this ___2___ day of July 2008 that the federal presentence report of Abie Moskowitz is hereby amended to include the following:

1.     Report of Dr. Greenfield dated March 5, 2008.

2.     Report of Nahum Winkler dated December 4, 2007.

3.     Report of Nahum Winkler dated May 20, 2007.

                                                                    Honorable Dennis M. Cavanaugh
                                                                    U.S. District Court Judge